TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE 00
TRIAL COURT
CIVIL ACTION
No. 05-1281

.................... MIDDLESEX ...................., ss
[seal]

Renato Sesto and Others ........., Plaintiff(s)
Similarly Situated

v.

Sovereign Realty Associates, Ltd., Defendant(s)
and Stuart Roffman, as President
of the General Partner of Sovereign Realty
Associates, Ltd. and Individually

### SUMMONS

To the above-named Defendant: Stuart Roffman

You are hereby summoned and required to serve upon ...Ara J. Balikian, Esq. .....................

................................................. plaintiff's attorney, whose address is Gordon and Balikian, LLP

535 Boylston St., 4th Fl., Boston, MA 02116 ...................., an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at 40 Thorndike

Street, Cambridge, MA 02141 .............. either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

**Barbara J. Rouse**

Witness, ~~Suzanne V. DelVecchio~~, Esquire, at .........................................................................

the ................................................................. day of .........................................................

...................., in the year of our Lord .......................................... .

Edward J Sullivan

**Clerk**

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

*NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.*



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

April 26, 2005

I hereby certify and return that on 4/22/2005 at 7:31AM I served a true and attested copy of the summons and complt, request for production of documents, interrogatories & civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Stuart Roffman, 124 Farm Street Dover MA 02030 . Basic Service Fee ($20.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges $39.46

Deputy Sheriff James E. Riggs

_____
Deputy Sheriff

Dated: ...............................................................................................................

**N.B.  TO PROCESS SERVER:**
     **PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

(  ................................................................  )

(  ..........................................................,  ..........  )

(  ................................................................  )

**COMMONWEALTH OF MASSACHUSETTS**

**SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION**

No. .......................

MIDDLESEX ......., ss.

..............................., Plff.

v.

..............................., Deft.

**SUMMONS**
(Mass. R. Civ. P. 4)