COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss      SUPERIOR COURT DEPARTMENT
             OF THE TRIAL COURT
             CIVIL ACTION NO.: 05-1281

*********************************************
RENATO SOUTO and OTHERS SIMILARLY )
SITUATED,            )
      Plaintiffs,      )
                )
v.                )
                )
SOVEREIGN REALTY ASSOCIATES, LTD. )
and STUART ROFFMAN, As President of the )
General Partner of Sovereign Realty Associates, )
Ltd., Sovereign Realty Associates G.P., Inc., and )
Individually,           )
      Defendants.      )
*********************************************

## AFFIDAVIT OF SERVICE OF KRISTEN M. HURLEY

I, Kristen M. Hurley, under oath hereby depose and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts. I do so with the firm of Gordon and Balikian, LLP.

2. I represent the Plaintiff, Renato Souto, in the above-captioned matter.

3. On or about April 13, 2005, a Complaint in the above-captioned matter was filed in the Middlesex Superior Court.

4. On or about April 22, 2005, Deputy Sheriff James E. Riggs of the Norfolk County Sheriff's Department served the Defendant, Stuart Roffman, with a summons, complaint, civil action cover sheet, and discovery requests, by leaving a copy of the documents at his last and usual place of abode located at 124 Farm Street Dover, Norfolk County, Massachusetts (See Summons attached as "Exhibit A").

5. On or about April 27, 2005, Deputy Sheriff John F. Kennedy of the Middlesex Sheriff's Office, filed a return of service for Sovereign Realty Associates, Ltd, indicating that he could not find them within Middlesex County. (See Summons attached as "Exhibit B"). According to documents files with the Massachusetts Secretary of State, Sovereign Realty Associates, Ltd., lists the location of its principal place of business as 822 Boylston Street, Chestnut Hill, Middlesex County, Massachusetts.

6. On or about May 2, 2005, I was contacted by Attorney Bronwyn L. Roberts, of Duane Morris. Attorney Roberts informed me that she represented both Stuart Roffman and Sovereign Realty Associates, Ltd. and was willing to accept service on behalf of Sovereign Realty Associates, Ltd. On or about May 3, 2005, Attorney Roberts sent me a letter confirming this conversation. (See Letter attached as "Exhibit C").

7. On or about May 3, 2005, I sent Attorney Roberts a copy of the summons for Sovereign Realty Associates, Ltd., a copy of the civil complaint, a copy of the civil action cover sheet, a copy of the Plaintiff's First Set of Interrogatories to Sovereign Realty Associates, Ltd., and a copy of the Plaintiff's First Request for Production of Documents from Sovereign Realty Associates, Ltd.

8. Both parties have agreed that the date of service for both defendants is May 2, 2005.

Signed under the pains and penalties of perjury this 4th day of May, 2005.

*Kristen M. Hurley*
Kristen M. Hurley

# **EXHIBIT "A"**

Case 1:05-cv-10864-JLT   Document 4   Filed 05/10/2005   Page 3 of 8

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 05-1281

MIDDLESEX, ss
[seal]

Renato Souto and Others Similarly Situated, Plaintiff(s)

v.

Sovereign Realty Associates, Ltd., Defendant(s)
and Stuart Roffman, as President of the General Partner of Sovereign Realty Associates, Ltd. and Individually

### SUMMONS

To the above-named Defendant: Stuart Roffman

You are hereby summoned and required to serve upon Ara J. Balikian, Esq. .......... plaintiff's attorney, whose address is Gordon and Balikian, LLP 535 Boylston St., 4th Fl., Boston, MA 02116 .........., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 40 Thorndike Street, Cambridge, MA 02141 .......... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, ~~Suzanne V. DelVecchio~~ **Barbara J. Rouse**, Esquire, at ..........

the .......... day of ..........

.........., in the year of our Lord ..........

*Edward J. Sullivan*
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

# EXHIBIT "B"

Case 1:05-cv-10864-JLT    Document 4    Filed 05/10/2005    Page 5 of 8

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 05-1281

Renato Souto and Others Similarly Situated, Plaintiff(s)

v.

Sovereign Realty Associates, Ltd., Defendant(s)
and Stuart Roffman, as President of the General Partner of Sovereign Realty Associates, Ltd. and Individually

### SUMMONS

To the above-named Defendant: Sovereign Realty Associates, Ltd.

You are hereby summoned and required to serve upon Ara J. Balikian, Esq. ................ plaintiff's attorney, whose address is Gordon and Balikian, LLP, 535 Boylston St., 6th Fl., Boston, MA 02116 ................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 40 Thorndike Street, Cambridge, MA 02141 ................ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Barbara J. Rouse**
Witness, ~~Suzanne V. DelVecchio~~, Esquire, at ........................................................

the .......................... day of ..........................

.........................., in the year of our Lord ..........................

*Edward J. Sullivan*
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FORM NO. SUP. — 001

# **EXHIBIT "C"**

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

BRONWYN L. ROBERTS
DIRECT DIAL: 617.289.9218
E-MAIL: blroberts@duanemorris.com

www.duanemorris.com

May 3, 2005

**Via Facsimile 617.536.1802
and First Class Mail**

Kristen M. Hurley, Esq.
Gordon and Balikian LLP
535 Boylston Street
6th Floor
Boston, MA  02116

   Re: Souto v. Sovereign Realty Associates, Ltd., et al.
     U.S.D.C. D Mass. Civil Action No. 2005-10864JLT

Dear Ms. Hurley:

  This letter will serve to confirm our telephone conversation yesterday wherein we agreed to accept service on behalf of all defendants and you have also agreed that the date of service is May 2, 2005.

  If you should have any questions or concerns, please do not hesitate to contact me.

           Very truly yours,

           Bronwyn L. Roberts

BLR/abl

cc: Franklin H. Levy, Esq.