UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10864JLT

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>SOVEREIGN REALTY ASSOCIATES LTD. and STUART ROFFMAN, as President, of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Sovereign Realty Associates Ltd. is not owned by any parent corporation or any publicly held company owning 10% or more of its stock.

BOS\130237.1

Respectfully Submitted,

SOVEREIGN REALTY ASSOCIATES LTD. and STUART ROFFMAN, as President, of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually,

By their Attorneys,

/s/ Franklin H. Levy
Franklin H. Levy, BBO# 297720
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
(617) 289-9200

Dated: May 6, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, a true copy of the above document was served by first class mail upon the following attorney of record:

Ara J. Balikian
Gordon and Balikian LLP
535 Boylston Street, 6th Floor
Boston, MA 02116

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts