UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10864JLT

RENATO SOUTO and OTHERS )
SIMILARLY SITUATED, )
 )
Plaintiff, )
 )
v. )
 )
SOVEREIGN REALTY ASSOCIATES )
LTD. and STUART ROFFMAN, as )
President, of the General Partner of )
Sovereign Realty Associates, Ltd., )
Sovereign Realty Associates G.P., Inc., )
and Individually, )
 )
Defendants. )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SOVEREIGN REALTY ASSOCIATES LTD.,

By: Stuart Roffman, President

STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually,

Stuart Roffman

By their Attorneys,

Franklin H. Levy, BBO# 297720
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
(617) 289-9200

Dated: September 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005, a true copy of the above document was served by first class mail upon the following attorney of record:

Ara J. Balikian
Gordon and Balikian LLP
535 Boylston Street, 6th Floor
Boston, MA 02116

Bronwyn L. Roberts