UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:2005-10864JLT

*******************************************
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, | ) |
| Plaintiffs, | ) |
| v. | ) |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, As President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually, | ) |
| Defendants. | ) |
*******************************************

## JOINT STATEMENT OF THE PARTIES IN PREPARATION FOR INITIAL SCHEDULING CONFERENCE

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure Local Rule 16.1, and the Court's Notice of Scheduling Conference and Order for Joint Statement and Certifications, counsel for plaintiff Renato Souto ("Plaintiff"), certifies that he has conferred with counsel for the defendants Sovereign Realty Associates, LTD. and Stuart Roffman ("Defendants"), concerning, among other things: the nature and basis of their claims and defenses, the possibility of a settlement of the case, preparing an agenda for matters to be discussed at the scheduling conference, and preparing a proposed pretrial schedule for the case including a plan for discovery.

I. **PROPOSED PRETRIAL SCHEDULE**

The parties anticipate that discovery may be conducted along the following schedule:

| Deadline | Event |
| --- | --- |
| January 31, 2006 | Completion of all discovery, other than requests for admissions and expert disclosures, except for such discovery not reasonably anticipated by the parties. |
| February 28, 2006 | Service of requests for admissions |
| March 31, 2006 | Service of all responses to requests for admissions; Service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |
| April 30, 2006 | Service of any responses and objections to expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) |
| To be determined | A pretrial conference, if necessary following decision on dispositive motions, with all dates following such pretrial conference, including expert disclosure and discovery, to be scheduled at the Court's discretion |

B. <u>Position on Phased Discovery</u>.  The parties do not believe it is necessary for discovery to proceed in "phases," except as set forth in its proposed discovery schedule above.

C. <u>Motion Schedule</u>.  The parties propose that any dispositive motions, together with all supporting documents shall be served no later than May 31, 2006.  All oppositions with supporting documents shall be served no later than June 21, 2006.  All replies to oppositions with supporting documents shall be served no later than July 5, 2006.

III. **TRIAL BY MAGISTRATE JUDGE**

Plaintiff does not consent to referral of this matter for trial by a magistrate judge.

IV. **CERTIFICATIONS UNDER LOCAL RULE 16.1(D)(3)**

Plaintiff's certification required by Local Rule 16.1(D)(3) is attached hereto as Exhibit A. Defendants' certification required by Local Rule 16.1(D)(3) will be filed at the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| RENATO SOUTO, | SOVEREIGN REALTY ASSOCIATES LTD. and STUART ROFFMAN |
| By his attorneys, | By their attorneys, |
| /s/ Ara J. Balikian | /s/ Bronwyn L. Roberts |
| Ara J. Balikian (BBO#630576) | Franklin H. Levy (BBO#297720) |
| Kristen M. Hurley (BBO#658237) | Bronwyn L. Roberts (BBO# 638079) |
| Gordon and Balikian LLP | Duane Morris LLP |
| 535 Boylston Street, 6th Floor | 470 Atlantic Avenue, Suite 500 |
| Boston, MA 02116 | Boston, MA 02110 |
| (617) 538-1800 | (617)289-9200 |

Dated: October 3, 2005

## CERTIFICATE OF SERVICE

I, Ara J. Balikian, attorney for the plaintiffs in the above-captioned action, hereby certify that on October 3, 2005, I caused a true and accurate copy of the foregoing documents to be served upon Bronwyn L. Roberts, Esq., Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, MA 02210, by electronic notification.

/s/ Ara J. Balikian
Ara J. Balikian

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:2005-10864JLT

******************************************
RENATO SOUTO and OTHERS SIMILARLY   )
SITUATED,                            )
                 Plaintiffs,      )
                                     )
v.                                   )
                                     )
SOVEREIGN REALTY ASSOCIATES, LTD.    )
and STUART ROFFMAN, As President of the )
General Partner of Sovereign Realty Associates, )
Ltd., Sovereign Realty Associates G.P., Inc., and )
Individually,                        )
                 Defendants.     )
******************************************

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Plaintiff and his counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Plaintiff and his counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Plaintiff will be prepared to respond to whether he will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

Respectfully submitted,

RENATO SOUTO

 /s/ Renato Souto_____
Renato Souto

By his attorneys,

 /s/ Ara J. Balikian_____
Ara J. Balikian (BBO#630576)
Kristen M. Hurley (BBO#658237)
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116
Tel. 617-536-1801
Fax. 617-536-1802

## CERTIFICATE OF SERVICE

I, Ara J. Balikian, attorney for the plaintiffs in the above-captioned action, hereby certify that on October 3, 2005, I caused a true and accurate copy of the foregoing documents to be served upon Bronwyn L. Roberts, Esq., Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, MA 02210, by electronic notification.

/s/ Ara J. Balikian_____
Ara J. Balikian

2