UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED,<br><br>   Plaintiffs,<br><br>   v.<br><br>SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually,<br><br>   Defendants. | Civil Action No. 05-10864-JLT |

## ORDER

October 4, 2005

TAURO, J.

After the conference on October 4, 2005, this court hereby orders that:

1. The Parties shall comply with this court's Rule 26 Discovery Order prior to the scheduled Further Conference, which will be held November 1, 2005, at 12:30 p.m.

2. No additional Discovery will be permitted without leave of this court.

IT IS SO ORDERED.

                                                   /s/ Joseph L. Tauro
                                                   United States District Judge