UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 05-10864-JLT |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually, | * * * * * * | |
| Defendants. | * | |

ORDER

November 1, 2005

TAURO, J.

After the conference on November 1, 2005, this court hereby orders that:

1. Plaintiff may depose the following: (1) Barbara Fitzgerald; (2) Lee Torrey; and (3) Stuart Roffman.

2. Defendant may depose the following: (1) Renato Souto, (2) John Harvey, and (3) Andrea Mura.

3. The first Deposition shall be of Renato Souto. After this Deposition, the Parties may request a Further Conference for Settlement discussions or may complete the five other Depositions allowed in this Order.

4. All above-mentioned Depositions must be completed by February 28, 2006.

5. No other Discovery is permitted without leave of this Court.

6. A Further Conference will be held on March 6, 2006 at 10:00 a.m.

IT IS SO ORDERED.

                                                                            /s/ Joseph L. Tauro  
                                                                         United States District Judge