UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10864JLT

_____
                                        )
RENATO SOUTO and OTHERS                 )
SIMILARLY SITUATED,                     )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
SOVEREIGN REALTY ASSOCIATES             )
LTD. and STUART ROFFMAN, as             )
President, of the General Partner of    )
Sovereign Realty Associates, Ltd.,      )
Sovereign Realty Associates G.P., Inc., )
and Individually,                       )
                                        )
                                        )
            Defendants.                 )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF COUNTS V AND VI OF PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Renato Souto and

Defendants Sovereign Realty Associates Ltd. and Stuart Roffman hereby agree and stipulate to

the dismissal with prejudice of Count V of the Complaint alleging Intentional Infliction of

Emotional Distress and Count VI of the Complaint alleging Negligent Infliction of Emotional

Distress.  Each side shall bear its own costs and expenses, including reasonable attorneys' fees,

with respect to the dismissal of Counts V and VI of the Complaint..

Respectfully submitted this 19th day of December, 2005.

SOVEREIGN REALTY ASSOCIATES
LTD. and STUART ROFFMAN, as
President, of the General Partner of
Sovereign Realty Associates, Ltd.,
Sovereign Realty Associates G.P., Inc.,
and Individually,

RENATO SOUTO,

By his attorney,                          By their attorneys,


/s/ Kristen M. Hurley                     /s/ Bronwyn L. Roberts
Ara J. Balikian, BBO#630576               Franklin H. Levy, BBO# 297720
Kristen M. Hurley, BBO#658237             Bronwyn L. Roberts, BBO # 638079
Gordon and Balikian, LLP                  Duane Morris LLP
535 Boylston Street, 6th Floor            470 Atlantic Avenue, Suite 500
Boston, MA 02116                          Boston, MA  02210
(617) 536-1801                            (617) 289-9200

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, a true copy of the above document was served by first class mail upon the following attorney of record:

Ara J. Balikian
Kristen M. Hurley
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts