UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10864JLT

_____
                                    )
RENATO SOUTO and OTHERS             )
SIMILARLY SITUATED,                 )
                                    )
          Plaintiff,                )
                                    )
v.                                  )
                                    )
SOVEREIGN REALTY ASSOCIATES         )
LTD. and STUART ROFFMAN, as         )
President, of the General Partner of)
Sovereign Realty Associates, Ltd.,  )
Sovereign Realty Associates G.P., Inc., )
and Individually,                   )
                                    )
                                    )
          Defendants.               )
_____)

**DEFENDANTS' EMERGENCY MOTION
FOR A DISCOVERY PROTECTIVE ORDER**

      Pursuant to Fed. R. Civ. P. 26(c), Defendants respectfully move that this Honorable Court enter a protective order staying the depositions of Stuart Roffman and Lee Torrey presently scheduled to take place on January 25 and February 7, 2006, respectively. In support of this motion, Defendants state as follows:

      1.      On January 23, 2006, Defendants filed Defendants' Motion To Dismiss Complaint For Fraud On The Court and Emergency Motion To Stay Discovery Pending A Decision On This Motion ("Motion To Dismiss") as a result of Plaintiff's multiple and intentional falsehoods in, among other things, his deposition, his Complaint, and in Plaintiff's Sworn Statement In Accordance With Local Rule 26.1(B), as well as his refusal to correct his

58946.01

false sworn statements. The Motion To Dismiss, if allowed, would be dispose of Plaintiff's entire case.

2. To date, the Court has not ruled on the Motion To Dismiss.

3. Depositions of Stuart Roffman and Lee Torrey were previously scheduled to take place, without deposition notice by agreement of the parties, on January 25 and February 7, 2006, respectively.

4. Fed. R. Civ. P. 26(c) provides "[u]pon motion by a party…and for good cause shown, the court in which the action is pending…may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including on or more of the following: (1) that the discovery not be had; (2) that the discovery may be had only on specified terms and conditions, including a designation of the time or place…"

5. To avoid undue burden and expense and to protect Defendants from annoyance, the foregoing discovery should be held in abeyance until such time as the Court rules on the pending Motion to Dismiss.

WHEREFORE, Defendants respectfully request that this Honorable Court enter a protective order staying the depositions of Stuart Roffman and Lee Torrey until the Court issues a decision on the pending Motion To Dismiss.

        SOVEREIGN REALTY ASSOCIATES
LTD. and STUART ROFFMAN, as
President, of the General Partner of
Sovereign Realty Associates, Ltd.,
Sovereign Realty Associates G.P., Inc.,
and Individually,

By their attorneys,

/s/ Franklin H. Levy
Franklin H. Levy, BBO# 297720
Bronwyn L. Roberts, BBO # 638079
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200

**CERTIFICATION UNDER Fed. R. Civ. P. 26(c), L.R. 7.1(A)(2) and L.R. 37.1**

The undersigned hereby certifies that counsel for defendants conferred with counsel for plaintiff in good faith to resolve or narrow the issue raised by this motion. The parties were unable to reach agreement.

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts, BBO# 638079

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the following registered participant as identified on the Notice of Electronic Filing (NEF) on January 24, 2006.

Kristen M. Hurley
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116

                                      /s/ Bronwyn L. Roberts
                                      Bronwyn L. Roberts