UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually,<br><br>Defendants. | Civil Action No. 05-10864-JLT |

ORDER

January 24, 2006

TAURO, J.

This court hereby orders that:

1. Defendant's <u>Emergency Motion to Stay Discovery Pending a Decision on Defendant's Motion to Dismiss</u> [#16] is ALLOWED;

2. Discovery is stayed until further notice from this court.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                           United States District Judge