UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 05-10864-JLT |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually, | * * * * * * | |
| Defendants. | * * | |

ORDER

January 31, 2006

TAURO, J.

After the Motion Hearing held on January 30, 2006, this court hereby orders that:

1. Defendants' Motion to Dismiss for Fraud on The Court [#16] is DENIED;

2. Plaintiff may depose (1) Stuart Roffman; (2) Lee Torrey; and (3) Barbara Fitzgerald;

3. Plaintiff must complete the abovementioned depositions by February 28, 2006;

4. Defendants must complete the deposition of Plaintiff Renato Souto by February 28, 2006;

5. Defendants may file a Motion for Summary Judgment by May 15, 2006;

6. Plaintiffs must respond to Defendants' Motion for Summary Judgment by May 29, 2006; and

7.	A Further Conference is scheduled for June 12, 2006 at 10:00 a.m.


IT IS SO ORDERED.

_/s/ Joseph L. Tauro_  
United States District Judge