**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Civil Action No. 2005-10864JLT**

_____
RENATO SOUTO and OTHERS           )
SIMILARLY SITUATED**,**            )
      **Plaintiffs,**           )
                                 )
v.                                 )
                                 )
SOVEREIGN REALTY ASSOCIATES, LTD.  )
And STUART ROFFMAN, Aspresident of the  )
General Partner of Sovereign Realty Associates,  )
Ltd., Sovereign Realty Associates G.P., Inc. and  )
Individually,                      )
      **Defendants**            )
_____)

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance for both Defendants in the above action.

                           _____
                           /S/ David Berman
                           100 George P. Hassett Drive
                           Medford, Massachusetts 02155
                           BBO No. 040060
                           Tel. No (781) 395-7520

*Dated: February 6th 2006*

Roffman.SOUTO.1-6-06.Notice of Appearance

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No. 2005-10864JLT**

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, **Plaintiffs,** <br><br> v. <br><br> SOVEREIGN REALTY ASSOCIATES, LTD. And STUART ROFFMAN, Aspresident of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, **Defendants** | **CERTIFICATE OF SERVICE** |

I, David Berman, certify that on **February 6th 2006**, that I caused a copy of the within **Notice of Appearance** to be delivered by Electronic Transmission and First-class mail to: **Franklin H. Levy, Esquire**, Duane Morris LLP, 470 Atlantic Avenue Boston, Massachusetts 02210, fhlevy@duanemorris.com **and Philip J. Gordon**, Esquire, Gordon and Balikian, LLP, 535 Boylston Street, 6th Floor, Boston, Massachusetts 02116 pgordon@gordonllp.com

David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: February 6th 2006*