UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| . <br> _____ <br> RENATO SOUTO and OTHERS <br> SIMILARLY SITUATED, <br><br>       Plaintiff, <br><br> v. <br><br> SOVEREIGN REALTY ASSOCIATES <br> LTD. and STUART ROFFMAN, as <br> President, of the General Partner of <br> Sovereign Realty Associates, Ltd., <br> Sovereign Realty Associates G.P., Inc., <br> and Individually, <br><br>       Defendants. <br> _____ | DOCKET NO. 2005-CV-10864-JLT |

## NOTICE OF WITHDRAWAL

Please be advised that Duane Morris LLP and the following attorneys hereby withdraw their appearance in the above-captioned matter as counsel for the Defendants.

    Franklin H. Levy
    Bronwyn L. Roberts
    DUANE MORRIS LLP
    470 Atlantic Avenue,
    Suite 500
    Boston, MA  02210
    617.289.9200

Defendants continue to be represented by David Berman, 100 George P. Hassett Drive, Medford, Massachusetts 02155.

                                              Respectfully submitted,

                                              SOVEREIGN REALTY ASSOCIATES
LTD. and STUART ROFFMAN, as
President, of the General Partner of
Sovereign Realty Associates, Ltd.,
Sovereign Realty Associates G.P., Inc.,
and Individually

By their attorneys,

/s/ Bronwyn L. Roberts
Franklin H. Levy (BBO# 297720)
Bronwyn L. Roberts (BBO# 638079)
DUANE MORRIS LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02210
617.289.9200

Dated: February 10, 2006

**CERTIFICATE OF SERVICE**

I, Bronwyn L Roberts, hereby certify that I have served a copy of the foregoing document on all counsel of record listed below this 10th day of February, 2006 via electronic court filing and/or first class mail.

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts

Kristen M. Hurley, Esq.
Philip J. Gordon, Esq.
Gordon Law Group LLP
535 Boylston Street
6th Floor
Boston, MA  02116

David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155

DM1\554283.1