# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No. 2005-10864JLT**

| | |
|---|---|
| RENATO SOUTO and OTHERS | ) |
| SIMILARLY SITUATED**,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| SOVEREIGN REALTY ASSOCIATES, LTD. | ) |
| And STUART ROFFMAN, as president of the | ) |
| General Partner of Sovereign Realty Associates, | ) |
| Ltd., Sovereign Realty Associates G.P., Inc. and | ) |
| Individually, | ) |
| **Defendants** | ) |

## CERTIFICATE OF CONSULTATION

David Berman, certifies that on **February 22nd 2006**, that I have consulted with Plaintiff's attorney with respect to the Motion to Strike Count II of Complaint and have been unable to narrow the area of disagreement.

/s/ David Berman

David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: February 22nd 2006*

cc:    Philip J. Gordon, Esquire

Roffman.SOUTO.2/22/06.Certicate of Consultation