UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:2005-10864JLT

*******************************************
RENATO SOUTO and OTHERS SIMILARLY )
SITUATED, )
                         Plaintiffs, )
 )
v. )
 )
SOVEREIGN REALTY ASSOCIATES, LTD. )
and STUART ROFFMAN, As President of the )
General Partner of Sovereign Realty Associates, )
Ltd., Sovereign Realty Associates G.P., Inc., and )
Individually, )
                        Defendants. )
*******************************************

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The parties to the above-captioned action hereby request that the Court enlarge the scheduling order in this action. Pursuant to the Court Order dated January 31, 2006, the parties must complete the depositions of Stuart Roffman, Lee Torrey, Barbara Fitzgerald, and Renato Souto by February 28, 2006. The plaintiff scheduled the deposition of Barbara Fitzgerald on February 22, 2006, but Barbara Fitzgerald did not appear. Accordingly, the plaintiff would like to attempt to reschedule Ms. Fitzgerald's deposition, but will be unable to comply with the notice provisions of Rule 45 of the Federal Rules of Civil Procedure prior to February 28, 2006. In addition, the defendants will not be able to complete the deposition of Renato Souto by February 28, 2006. The parties originally agreed to depose Lee Torrey on February 17, 2006 and Renato Souto on February 24, 2006. Mr. Torrey, however, was sick on the date schedule for his deposition and the parties were forced to reschedule his deposition for February 24, 2006,

1

creating a conflict with Mr. Souto's date. The parties are unable to reschedule the deposition of Renato Souto prior to February 28, 2006 due to scheduling conflicts.

Hence, the parties request that the discovery deadline be set for March 31, 2006. At the current time, the parties do not believe that it will be necessary to postpone the conference scheduled for June 12, 2006.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| RENATO SOUTO | SOVEREIGN REALTY ASSOCIATES, LTD. AND STUART ROFFMAN |
| By his attorneys, | By their attorney, |
| /s/ Kristen M. Hurley<br>Ara J. Balikian (BBO # 630576)<br>Kristen M. Hurley (BBO # 658237)<br>Gordon and Balikian, LLP<br>535 Boylston St., 6th Fl.<br>Boston, MA 02116<br>Phone: 617-536-1800 | /s/ David Berman<br>David Berman (BBO # 040060)<br>100 George P. Hassett Drive<br>Medford, MA 02155<br>Phone: 781-395-7520 |