UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:2005-10864JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RENATO SOUTO and OTHERS SIMILARLY     )
SITUATED,                              )
              Plaintiffs,     )
                                       )
v.                                     )
                                       )
SOVEREIGN REALTY ASSOCIATES, LTD.      )
and STUART ROFFMAN, As President of the )
General Partner of Sovereign Realty Associates, )
Ltd., Sovereign Realty Associates G.P., Inc., and )
Individually,                          )
              Defendants.     )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Kindly enter my appearance as counsel for the plaintiffs in the above-captioned matter. Attorney Ara J. Balikian has simultaneously filed his notice of withdrawal.

Respectfully submitted,

/s/ Philip J. Gordon_____
Philip J. Gordon (BBO# 630989)
Gordon Law Group, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116
(617) 536-1800