UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:2005-10864JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RENATO SOUTO and OTHERS SIMILARLY   )
SITUATED,                           )
      Plaintiffs,   )
                      )
v.                                  )
                      )
SOVEREIGN REALTY ASSOCIATES, LTD.   )
and STUART ROFFMAN, As President of the   )
General Partner of Sovereign Realty Associates,   )
Ltd., Sovereign Realty Associates G.P., Inc., and   )
Individually,                       )
      Defendants.   )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE CLERK OF THE ABOVE-NAMED COURT:

  Please withdraw my name as counsel for the Plaintiffs to this action effective immediately. Attorney Philip J. Gordon is simultaneously filing his notice of appearance for the plaintiffs.

            Respectfully submitted,

            /s/ Ara J. Balikian
            Ara J. Balikian (BBO# 630576)
            Gordon and Balikian, LLP
            535 Boylston Street, 6th Floor
            Boston, MA 02116
            (617) 536-1800