*David Berman*
    *Attorney at Law*
        *100 George P. Hassett Drive, Medford, Massachusetts 02155-3297*
            *(781) 395-7520    Fax (781) 395-9658*

                March 7, 2006

Electronic Transmission

Clerk
United States District Court for
The District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

        *Re:    Renato Souto vs. Sovereign Realty Associates*
                *C. A. No 2005-10864-JLT*

Dear Sir/Madam:

    Enclosed please find for Electronic Filing Defendants **Motion for Judgment on the Pleadings** with Certificate of Service and Certificate of Consultation.

                Very truly yours,

                <u>/s/ David Berman</u>
                David Berman
                100 George P. Hassett Drive
                Medford, MA 02155-3297
                BBO No. 040060
                Tel. No (781) 395-7520

cc:    (via Electronic Transmission)
        Philip J. Gordon, Esquire
        pgordon@gordonllp.com

DB:mab

Roffman.Souto 3-7-06/Letter to CLERK/USDC