UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Civil Action No. 2005-10864JLT**

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, <br> **Plaintiffs,** <br><br> v. <br><br> SOVEREIGN REALTY ASSOCIATES, LTD. And STUART ROFFMAN, As president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, <br> **Defendants** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12 (c), Defendants respectfully move that the court enter judgment on the pleadings dismissing the following claims of Plaintiff:

1. Claims under Fair Labor Standard Act – Counts I and II;

2. Claims under Mass. G.L.c. 151 – Counts I and II;

3. Claims for common law breach of contract – Count III;

4. Claims for fraud – Count IV;

5. Claims based on estoppel – Count VII.

By Defendants' attorney

 /s/David Berman
**David Berman**
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 2005-10864JLT

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, )<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>SOVEREIGN REALTY ASSOCIATES, LTD. )<br>And STUART ROFFMAN, As president of the )<br>General Partner of Sovereign Realty Associates, )<br>Ltd., Sovereign Realty Associates G.P., Inc. and )<br>Individually, )<br>    **Defendants** )<br>) | **CERTIFICATE OF SERVICE** |

I, David Berman, certify that on **March 7th 2006**, that I caused a copy of the within **Motion for Judgment on the Pleadings** to be delivered by Electronic Transmission and First-class mail to: **Philip J. Gordon**, Esquire, Gordon and Balikian, LLP, 535 Boylston Street, 6th Floor, Boston, Massachusetts 02116 pgordon@gordonllp.com

    /s/David Berman
    David Berman
    100 George P. Hassett Drive
    Medford, Massachusetts 02155
    BBO No. 040060
    Tel. No (781) 395-7520

*Dated: March 7th 2006*

Roffman:Souto:3/6/06 –Motion for Judgment on Plgs

- 3 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No. 2005-10864JLT**

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, </br> **Plaintiffs,** </br> </br> v. </br> </br> SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, As president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, </br> **Defendants** | **CERTIFICATE OF CONSULTATION** |

I, David Berman, have certified that I have conferred with Plaintiff's attorney concerning the within motion but have not succeeded in narrowing the issues raised by it. To be delivered by Electronic Transmission and First-class mail to: **Philip J. Gordon**, Esquire, Gordon and Balikian, LLP, 535 Boylston Street, 6th Floor, Boston, Massachusetts 02116 pgordon@gordonllp.com

/s/David Berman
**David Berman**
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: March 7th 2006*

Roffman:Souto:3/6/06 –Motion for Judgment on Plgs