UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 2005-10864JLT

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED,<br>    **Plaintiffs,**<br><br>v.<br><br>SOVEREIGN REALTY ASSOCIATES, LTD. And STUART ROFFMAN, as president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually,<br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EMERGENCY MOTION FOR EXPEDITED HEARING OF DEFENDANTS' MOTION TO DISMISS ACTION AND FOR COSTS OR, ALTERNATIVELY, FOR STAY OF PROCEEDINGS PENDING HEARING OF SAID MOTION**

On **March 28th 2006**, Defendants filed electronically a motion to dismiss and a supporting affidavit, which motion is based on the failure of Plaintiff or his attorneys to show up for a scheduled deposition on **March 24th 2006**. There is currently a discovery event scheduled for March 31st 2006. Defendants respectfully move that the court hear the Motion to Dismiss on an expedited bases on Thursday 30th 2006, at a time to be designated by the court or on the morning of March 31st 2006, or alternatively, stay all further discovery until the motion to dismiss and costs can be heard.

By Defendants' attorney,
 /s/ David Berman
**David Berman**
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated:March 29th 2006*

Roffman.SOUTO.3-29-06.Emergency Motion

- 2 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action No. 2005-10864JLT**

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, **Plaintiffs,** ) ) ) ) | |
| v. ) ) | **CERTIFICATE** |
| ) | **OF** |
| SOVEREIGN REALTY ASSOCIATES, LTD. And STUART ROFFMAN, as president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, **Defendants** ) ) ) ) ) ) ) | **SERVICE** |

I, David Berman, certify that on **March 29th 2006**, that I caused a copy of the within **Emergency Motion for Expedited Hearing of Defendants' Motion to Dismiss Action and for Costs or, Alternatively, for Stay of Proceedings Pending Hearing of Said Motion** be delivered by Electronic Transmission, Facsimile and First-class mail to: **Philip J. Gordon**, Esquire, Gordon and Balikian, LLP, 535 Boylston Street, 6th Floor, Boston, Massachusetts 02116 pgordon@gordonllp.com

/s/ David Berman
David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*March 29th 2006*

*Roffman:SOUTO:3-29-06.Emergency Motion with C&S*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 2005-10864JLT

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, **Plaintiffs,** | ) ) ) ) |
| v. | ) ) |
| SOVEREIGN REALTY ASSOCIATES, LTD. And STUART ROFFMAN, as president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, **Defendants** | ) ) ) ) ) ) ) |

**STATEMENT WITH RESPECT TO CONSULTATION**

I, David Berman, certify that on **March 28th 2006**, I left telephone messages with Plaintiff's attorneys, **Philip Gordon** and **Kristen Hurley**, who did not return my calls as indeed they have not returned other calls made to them earlier in the week. I see no point in attempting further contact to obtain an agreement that is unlikely to be forthcoming.

/s/ David Berman

David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*March 29th 2006*

*Roffman:SOUTO:3-29-06.Emergency Motion with C&S*

- 3 -