UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually,<br><br>    Defendants. | Civil Action No. 05-10864-JLT |

ORDER

March 30, 2006

TAURO, J.

This court hereby orders that:

1. Defendants' Emergency Motion for Expedited Hearing of Defendants' Motion to Dismiss Action and For Costs or, Alternatively, For Stay of Proceedings Pending Hearing of Said Motion [# 35] is DENIED to the extent Defendants seek an expedited hearing and ALLOWED to the extent Defendants seeks a stay of proceedings pending the hearing of Defendants' Motion to Dismiss and for Costs [# 33];

2. Discovery is stayed pending a hearing on Defendants' Motion to Dismiss and for Costs [# 33];

3. A motion hearing will be scheduled.

IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro  
                                                 United States District Judge