UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually,<br><br>Defendants. | Civil Action No. 05-10864-JLT |

ORDER

August 17, 2006

TAURO, J.

This court hereby orders that:

1. Defendants' Motion for Judgment on the Pleadings [# 30] is ALLOWED;

2. Defendants' Motion to Strike Count II of Plaintiff's Complaint [# 23] is ALLOWED; and

1. Plaintiff's Motion to Amend Complaint [# 38] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge