UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Civil Action No. 2005-10864JLT**

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, **Plaintiffs,** | ) ) ) ) |
| v. | ) ) |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, **Defendants** | ) ) ) ) ) ) ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, incorporating by reference all affidavits previously filed by them in support of their various motions and relying on the affidavit and brief filed herewith, now move for summary judgment dismissing the Complaint in its entirety.

By their attorney,

/s/ David Berman
David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: September 21, 2006*

- 2 -

**CERTIFICATE OF SERVICE**

I, David Berman, certify that on **September 21, 2006,** that I caused a copy of the within **Defendants' Motion for Summary Judgment and Affidavit in Support thereof** to be delivered by Electronic Transmission and First-class mail to: **Philip J. Gordon**, Esquire, Gordon and Balikian, LLP, 535 Boylston Street, 6th Floor, Boston, Massachusetts 02116 pgordon@gordonllp.com

/s/ David Berman
David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

- 2 -