*David Berman*
    *Attorney at Law*
        *100 George P. Hassett Drive, Medford, Massachusetts 02155-3297*
            *(781) 395-7520     Fax (781) 395-9658*

                            September 21, 2006

**Electronic Transmission**

Clerk
United States District Court for
The District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

                    **Re:     *Renato Souto vs. Sovereign Realty Associates***
                            ***C. A. No 2005-10864-JLT***

Dear Sir/Madam:

        Enclosed please find for Electronic Filing the following:

        1.      **Defendants' Motion for Summary Judgment;**

        2.      **Brief in Support of Defendants' Motion for Summary Judgment**

        3.      **Statements of Undisputed Material Facts with Respect to
                Defendants' Motion for Summary Judgment**

        4.      **Affidavit in Support of Defendants' Motion for Summary Judgment**

                            Very truly yours,

                            /s/ David Berman
                            David Berman
                            100 George P. Hassett Drive
                            Medford, MA 02155-3297
                            BBO No. 040060
                            Tel. No (781) 395-7520

cc:     Philip J. Gordon, Esquire (via Electronic Transmission)
        pgordon@gordonllp.com

DB:dam