# GORDON LAW GROUP, LLP
COUNSELORS AT LAW

535 Boylston Street, 6th Floor
Boston, MA 02116
Ph:  617-536-1800
Fax: 617-536-1802

From the desk of:
**Philip J. Gordon, Esq.**
pgordon@gordonllp.com

October 5, 2006

Civil Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

**RE:   Renato Souto et al v. Sovereign Realty Associates, Ltd. and Stuart Roffman
         Civil Action Number: 05-10864JLT**

Dear Sir/Madame:

Enclosed please find for electronic filing:

1. Plaintiff's Opposition to Defendant's Motion for Summary Judgment; and

2. Plaintiff's Response to Defendant's Statement of Undisputed Material Facts with Respect to Defendants' Motion for Summary Judgment.

I have also sent a courtesy copy of all of these documents via first class mail.

Very truly yours,

/s/ Philip J. Gordon
Philip J. Gordon
Enclosures

cc:    David Berman, Esq. (via electronic transmission and first class mail)