UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 2005-10864JLT

_____
RENATO SOUTO and OTHERS            )
SIMILARLY SITUATED,                )
      **Plaintiffs,**               )
                                   )
v.                                 )
                                   )
SOVEREIGN REALTY ASSOCIATES, LTD.  )
and STUART ROFFMAN, as president of the )
General Partner of Sovereign Realty Associates, )
Ltd., Sovereign Realty Associates G.P., Inc. and )
Individually,                      )
      **Defendants**               )
_____)

## DEFENDANTS' MOTION TO STRIKE PORTIONS OF AFFIDAVIT OF LAWRENCE DORSEY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants respectfully move to strike the following portions of the Affidavit of Lawrence Dorsey submitted in opposition to Defendants' Motion for Summary Judgment on the grounds indicated:

**5.** The paragraph does not show affirmatively that the allegations thereof were made on personal knowledge nor is there any reason to conclude that they were based on personal knowledge. To be competent evidence, affidavits must show affirmatively that the affiant has personal knowledge of the allegations to which he testifies. Fed.R.Civ.P. 56 (e). ***Friedel v. City of Madison***, 832 F.2d 963, 965 (7th Cir. 1987). Additionally, the statement that Plaintiff was a hard worker is inadmissible as conclusory. ***Posadas D. Puerto Rico, Inc. v. Radin***, 856 F.2d 399, 401 (1st Cir. 1988).

    **6.**    Lack of personal knowledge and conclusory allegations.

    **7.**    Lack of personal knowledge and conclusory allegations. The failure to supply any dates or times is fatal to this claim.

    **8**.    Lack of personal knowledge and conclusory allegations.

    **9**.    (All but the first sentence). Lack of personal knowledge and conclusory allegations.

    **10.**    Lack of personal knowledge and conclusory allegations.

    **11.**    Lack of personal knowledge and conclusory allegations.

    **12.**    Lack of personal knowledge and conclusory allegations.

    **13.**    (2nd sentence only) Lack of personal knowledge and conclusory allegations.

    **14.**    (2nd and 3rd sentence only) Lack of personal knowledge and conclusory allegations.

By Defendants' attorney,

/s/ David Berman
David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: October 10th 2006*

offman:Souto:10/10/06. R(7)Defendants' Motion to Strike

Page 3 of 3: Defendants' Motion to Strike with Certificate of Service

# CERTIFICATE OF SERVICE

I, David Berman, certify that on October 10th 2006, that I caused a copy of the within **Defendants' Motion to Strike Portions of Affidavit of Lawrence Dorsey in Opposition to Defendants' Motion for Summary Judgment** to be delivered by Electronic Transmission and First-class mail to:

**Philip J. Gordon**, Esquire
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, Massachusetts 02116
pgordon@gordonllp.com

/s/ David Berman
David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

offman:Souto:10/10/06. R(7)Defendants' Motion to Strike