UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 2005-10864JLT

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, | ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, | ) ) ) ) ) |
| **Defendants** | ) ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move for leave to file the Reply Brief attached hereto. The purpose of the Brief is to respond to arguments raised by Plaintiff with respect to vacation time and sick days and with respect to the obligation to keep records.

By Defendants' attorney,

*/s/ David Berman*

**David Berman**
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: October 17th 2006*

Roffman:Souto:10/16/06. #(8)Defendants' Motion for Leave

- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    **Civil Action No. 2005-10864JLT**

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, **Plaintiffs,** | ) ) ) ) |
| v. | ) ) |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, **Defendants** | ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

    I, David Berman, certify that on October **17th** 2006, that I caused a copy of the within ***Defendants' Motion for Leave to File Reply Brief in Support of Their Motion for Summary Judgment*** to be delivered by Electronic Transmission and First-class mail to:

**Philip J. Gordon**, Esquire
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, Massachusetts 02116
pgordon@gordonllp.com

                                                      /s/ *David Berman*
                                                      **David Berman**
                                                      100 George P. Hassett Drive
                                                      Medford, Massachusetts 02155
                                                      BBO No. 040060
                                                      Tel. No (781) 395-7520

*Dated: October 17th 2006*