*David Berman*
    *Attorney at Law*
        *100 George P. Hassett Drive, Medford, Massachusetts 02155-3297*
                *(781) 395-7520     Fax (781) 395-9658*

                                        October 17, 2006

Philip J. Gordon, Esquire
Gordon and Balikian, LLP
535 Boylston Street – 6th Floor
Boston, Massachusetts 02216

          ***Re:   Renato Souto vs. Sovereign Realty Associates***
                 ***C. A. No 2005-10864-JLT***

Dear Mr. Gordon:

    Enclosed please find a copy of Defendants' Motion For Leave to File Reply Brief with proposed Reply Brief annexed.

                                        Very truly yours,

                                        _____
                                        David Berman

DB:mab

*Roffman.Souto 10/17/06.Gordon.Reply Brief*