UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 2005-10864JLT

| | |
|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, **Plaintiffs,** | ) ) ) ) |
| v. | ) ) |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as president of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc. and Individually, **Defendants** | ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THEIR BRIEF

Defendants respectfully move for leave to supplement their Brief in support of the motion for summary judgment at pages 7-8.

By their attorney,

*/s/David Berman*
David Berman
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: June 1st 2007*

- 1 -

- 2 -

Page 2 of 2: Defendants' Motion for Leave to Supplement Their Brief with certificate of service

# CERTIFICATE OF SERVICE

I, David Berman, certify that on June 1st 2007, that I caused a copy of the within *Defendants' Motion for Leave to Supplement Their Brief* to be delivered by Electronic Transmission and First-class mail to:

**Philip J. Gordon**, Esquire
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, Massachusetts 02116
pgordon@gordonllp.com

/s/David Berman
**David Berman**
100 George P. Hassett Drive
Medford, Massachusetts 02155
BBO No. 040060
Tel. No (781) 395-7520

*Dated: June 1st 2007*
Roffman:Souto:06/01/07. #(10).Defendants' Motion for LEAVE