UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RENATO SOUTO and OTHERS SIMILARLY SITUATED, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 05-10864-JLT |
| SOVEREIGN REALTY ASSOCIATES, LTD. and STUART ROFFMAN, as President of the General Partner of Sovereign Realty Associates, Ltd., Sovereign Realty Associates G.P., Inc., and Individually, | * * * * * * | |
| Defendants. | * * | |

ORDER

June 26, 2007

TAURO, J.

All federal claims in this case have been dismissed and Plaintiff has moved to remand the remaining claim to state court pursuant to 28 U.S.C. § 1367(c)(3). This court holds that considerations of judicial economy, convenience, fairness and comity, on balance, lean towards remand.[1] Accordingly, Plaintiff's Motion to Remand Action to Middlesex Superior Court for Lack of Original Jurisdiction [#59] is ALLOWED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] See Rodriguez v. Doral Mortg. Corp., 57 F.3d 1168, 1177 (1st Cir. 1995); see also Motorola Credit Corp v. Uzan, 388 F.3d 39, 56-57 (2d Cir. 2004).