

# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
### 1 COURTHOUSE WAY - SUITE 2300
### BOSTON, MASSACHUSETTS 02210
### TELEPHONE: 617-748-9152

TO:

Clerk, Middlesex Superior Court

40 Thorndike Street

Cambridge MA 02141

RE:

CIVIL ACTION #. 05-cv-10864 JLT

CRIMINAL #.

YOUR CASE # MICV2005-01281

Dear Clerk:

Please be advised that an order remanding the above entitled action to your court was entered on July 26, 2007 by the Honorable Joseph L. Tauro.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of the transferral order;

( X )   Original documents numbered 1 - 64

(  )

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: July 27, 2007                                      By: /s/ Kimberly M. Abaid
                                                                      Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
    Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)